GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
DANIELLE A. KOLKOSKI, ESQ.
Nevada Bar No. 8506
**LITCHFIELD CAVO LLP**
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada  89169
Telephone:  (702) 949-3100
Facsimile:  (702) 916-1776
hayes@litchfieldcavo.com
kolkoski@litchfieldcavo.com
*Attorneys for Defendant,*
*James River Insurance Company*

**UNITED STAES DISTRICT COURT**
**DISTRICT OF NEVADA – SOUTHERN DIVISION**

| | |
|---|---|
| CESAR VIAMONTES SABINA, an individual; | CASE NO.:  2:20-cv-01456-JCM-BNW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| JAMES RIVER INSURANCE COMPANY, RASIER LLC; DOES I through X; and ROE CORPORATIONS XI - XX, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between PLAINTIFF CESAR VIAMONTES SABINA ("Plaintiff"), through his attorney, the Law Office of Gina M. Corena and DEFENDANT JAMES RIVER INSURANCE COMPANY, by and through its attorneys of record, the law firm of Litchfield Cavo LLP, and RASIER LLC, by and through its attorneys of record, the law firm of Wood, Smith, Henning & Berman LLP, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

1  that the Complaint filed by Plaintiff in this case and each and every cause of action therein, shall be
2  dismissed with prejudice, with each party to bear its own attorney's fees and costs.

3
4   Dated:  November 13, 2020                **LITCHFIELD CAVO LLP**

5                                            By:   */s/ Griffith H. Hayes, Esq.*
                                                  GRIFFITH H. HAYES, ESQ.
6                                                 Nevada Bar No. 7374
                                                  DANIELLE A. KOLKOSKI, ESQ.
7                                                 Nevada Bar No. 8506
                                                  3993 Howard Hughes Parkway, Suite 100
8                                                 Las Vegas, Nevada  89169
                                                  T:  (702) 949-3100/F:  (702) 916-1776
9                                                 hayes@litchfieldcavo.com
10                                                kolkoski@litchfieldcavo.com
                                                  *Attorneys for Defendant,*
11                                                *James River Insurance Company*

12
13
14  Dated:  November  13, 2020               **LAW OFFICE OF GINA M. CORENA**
15
                                             By*:   /s/Mahna Pourshaban, Esq.*
16                                                 Gina M. Corena, Esq.
                                                  Nevada Bar No. 10330
17                                                Mahna Pourshaban, Esq.
                                                  Nevada Bar No. 13743
18                                                300 S. Fourth Street, Suite 1250
                                                  Las Vegas, NV  89101
19                                                T:  (702) 680-1111
                                                  F:  (888) 987-6507
20                                                gina@lawofficecorena.com
                                                  mahna@lawofficecorena.com
21                                                *Attorneys for Plaintiff, Cesar Viamontes Sabina*

22
23
24
25
26
27
28

Dated:  November 13, 2020

WOOD, SMITH, HENNING & BERMAN LLP

By:   */s/ Analise N. Tilton, Esq.*
Janice M. Michaels, Esq.
Nevada Bar No. 6062
Analise N. Tilton, Esq.
Nevada Bar No. 13185
Betty J. Foley
Nevada Bar No. 14517
2881 Business Park Court, Suite 200
Las Vegas, NV  89128-9020
*Attorneys for Defendant, Rasier, LLC*

## ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein and good cause appearing:

**IT IS HEREBY ORDERED** that that the Complaint filed by Plaintiff and each and every cause of action therein, shall be dismissed with prejudice.  Plaintiff and Defendants will each bear their own fees and costs.

**IT IS SO ORDERED.**

DATED December 11, 2020.

_____
UNITED STATES DISTRICT JUDGE

3